George Brutman et al., Respondents, v. Lane's Department Store, Appellant

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.